ANNE M. SOBEL, Respondent, v. BERNARD SOBEL, Appellant.— In this action for separation brought by plaintiff wife, defendant husband appeals from an order granting an award to plaintiff of $200 as counsel fee, and $20 a week alimony *pendente lite*. Order affirmed, without costs. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.

## (March 20, 1946.)

In the Matter of the Application of HENRY ARTHUR BEAMAN for Admission to Practice as an Attorney. (From the State of Georgia.) — Application granted. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.

In the Matter of the Application of HARRY E. BRATCHIE for Admission to Practice as an Attorney. (From the State of Pennsylvania.) — Application granted. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.

In the Matter of the Application of MITCHELL R. FERRIS for Admission to Practice as an Attorney. (From the State of Nebraska.) — Application granted. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.

In the Matter of the Application of SAMUEL FISHMAN for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.

In the Matter of the Application of WILLIAM C. FITTS, JR., for Admission to Practice as an Attorney. (From the State of Tennessee.) — Application granted. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.